AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 04 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

| United States of America | ) |
| v. | ) |
| Jeffrey Arwood Middleton | ) Case No. 3:23-cr-62-TSL-LGI-2 |
| (Wherever Found) | ) |
| | ) |
| _____ | ) |
| Defendant | |

**SEALED**

RECEIVED
By US Marshals at 11:50 am, Aug 01, 2023

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jeffrey Arwood Middleton,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

*CONSPIRACY AGAINST RIGHTS
*DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
*CONSPIRACY TO OBSTRUCT JUSTICE
*OBSTRUCTION OF JUSTICE

Date:   08/01/2023

City and state:   Jackson, MS

ARTHUR JOHNSTON, CLERK

N. Dean
*Issuing officer's signature*

N. Dean, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* RAS 8/3/23 8/1/23, and the person was arrested on *(date)* 8/3/23
at *(city and state)*   Jackson, MS.

Date:   8/3/23

R. Lee Smith
*Arresting officer's signature*

Roland A. Smith/FBI SA
*Printed name and title*