**In The United States District Court**
**For The Southern District of Mississippi**
**Northern Division**

United States of America

v.                                                                CRIMINAL NO. 3:23-CR-62-TSL-LGI

Jeffrey Arwood Middleton


### Motion To Release Copy of Presentence Report To Counsel Hiram Eastland

COMES NOW, Petitioner Hiram Eastland, post-judgment counsel for Jeffrey Arwood Middleton, and on behalf of Defendant Middleton moves this Honorable Court to release a copy of the Presentence Report to counsel Eastland prepared in this matter by the U.S. Probation Office.

As grounds for this Motion, counsel Eastland states the following:

1. Defendant Jeffrey Arwood Middleton retained counsel Hiram Eastland to assist him with certain post-judgment matters involving the U.S. Bureau of Prisons ("BOP") and other post-judgement matters.
2. As recently retained post-judgment counsel, counsel Eastland would like to review the Presentence Report to fully understand Defendant Middleton's postconviction facts and law that was pending before the Court upon his conviction and before he reported to the BOP to begin serving his sentence.
3. Counsel Eastland respectfully submits that reviewing the Presentence Report will assist him in providing his adequate and best assistance to in his post-judgment representation of Defendant Jeffrey Arwood Middleton.


WHEREFORE, on behalf of Defendant Jeffrey Arwood Middleton, counsel Hiram Eastland respectfully moves this Honorable Court for an Order instructing the U.S. Probation Office to release an email copy of the Presentence Report to counsel Eastland at eastlandlaw1@gmail.com.

Respectfully submitted,

/s/ Hiram Eastland_____
Hiram Eastland
Eastland Law Offices
610 Poplar Street
Greenwood, Mississippi 38930
662-897-0495
Eastlandlaw1@gmail.com
Mississippi Bar # 5294

Certificate of Service

I, Hiram Eastland, hereby affirm that on this day I have served a copy of this motion to all counsel of record through the CM/ECF filing service.


/s/ Hiram Eastland_____
Hiram Eastland


This the 11th day of June, 2025.